

E-filed

FILED
NOV 28 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ROBERT K. JOHNSON State Bar No. 61636
OMAR F. JAMES State Bar No. 69041
Johnson & James LLP
311 Bonita Drive
P.O. Box 245
Aptos, California 95001-0245
Telephone: (831) 688-8989
Fax: (831) 688-6232

Attorneys for Plaintiffs
WACO INVESTMENTS, LLC., et al.

DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JULIA HILL, State Bar No. 178672
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, CA 95060
Telephone: (831) 454-2040
Fax: (831) 454-2115

Attorneys for Defendants
COUNTY OF SANTA CRUZ

RECEIVED
NOV 23 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Waco Investments, LLC, and John Hartford, individually and on behalf of all similarly situated persons subject to administrative proceedings brought pursuant to Santa Cruz County Code §§ 1.12.070 and 19.01.080,<br><br>    Plaintiffs and Petitioners,<br><br>vs.<br><br>County of Santa Cruz, and Does 1-20,<br><br>    Defendants and Respondents. | Case Number: C05-04378 JF<br><br>STIPULATION OF DISMISSAL OF FEDERAL CAUSE OF ACTION AND REMAND TO STATE COURT; ORDER [F.R.Civ.P. 41(a)(1)] |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that plaintiffs' fourth cause of action for civil rights violations pursuant to 42 U.S.C.

1  § 1983, which is plaintiffs' sole federal cause of action, be dismissed from this action. The fourth cause
2  of action for civil rights violations is hereby dismissed with prejudice. The dismissal of the fourth cause
3  of action with prejudice shall not affect, impair and/or diminish plaintiffs' remaining claims or causes of
4  action or act as res judicata and/or collateral estoppel as to plaintiffs' remaining claims or causes of
5  action.

6  The parties, through their respective counsel, also stipulate that based on the dismissal of the sole
7  federal cause of action, this entire action can be remanded back to the Santa Cruz County Superior Court
8  for all further proceedings.

Dated: 11/16/05

JOHNSON & JAMES LLP

By: _____
ROBERT K. JOHNSON

Attorneys for Plaintiffs WACO INVESTMENTS, LLC.
et al.

Dated: 11/21/05

DANA McRAE, COUNTY COUNSEL

By: _____
JULIA HILL
Assistant County Counsel

Attorneys for Defendant COUNTY OF SANTA CRUZ

## ORDER

Based on the foregoing stipulated dismissal, it is hereby ordered that the forth cause of action for federal civil rights violations pursuant to 42 U.S.C. § 1983 is dismissed by Plaintiffs with prejudice. It is also ordered that this action is remanded back to the Santa Cruz County Superior Court for all further proceedings since no remaining issues of federal question exist in this case.

Dated: 11-28-05

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, the undersigned, state that I am a citizen of the United States and employed in the County of Santa Cruz, State of California. I am over the age of 18 years and not a party to the within action. My business address is 701 Ocean Street, Room 505, Santa Cruz, California 95060. On the date set out below, I served a true copy of the following on the person(s)/entity(ies) listed below:

**STIPULATION OF DISMISSAL OF FEDERAL CAUSE OF ACTION AND REMAND TO STATE COURT; ORDER [F.R.Civ.P. 41(a)(1)]**

☐ by **service by mail** by placing said copy enclosed in a sealed envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.

☒ by **service by mail** by placing said copy enclosed in a sealed envelope and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

Robert K. Johnson, Esq.
Johnson & James
311 Bonita Drive
Aptos, CA  95003

John J. Hartford, Esq.
Post Office Box 1207
Redwood City, CA  94064-1207

I declare under penalty of perjury that the foregoing is true and correct. Executed November 22, 2005, at Santa Cruz, California.

DOUGLAS D. COLLINS

DANA McRAE, COUNTY COUNSEL
COUNTY OF SANTA CRUZ
701 Ocean Street, Room 505
Santa Cruz, California  95060-4068
Telephone:  (831) 454-2040
Facsimile:  (831) 454-2115